Harold Green, et al., Plaintiffs-Appellants, v. City of Chicago, a municipal corporation, Defendant-Appellee.

Gen. No. 47,205.

First District, Second Division.

March 18, 1958.

Released for publication April 18, 1958.

Mortimer, Nolan, O'Malley & Dunne (Robert J. Nolan, of counsel) for appellants; John C. Melaniphy (Sidney R. Drebin, Solomon M. Glick, Assistant Corporation Counsel, of counsel) for defendant-appellee. Opinion by JUSTICE LEWE. Not to be published in full.